*Wednesday, February 17, 1993*

## MERIT DOCKET

**92–2316.** State v. Brewer. *Cuyahoga County,* No. 64485. On motion for order to proceed to United States District Court. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2521.** State ex rel. Brofford v. Judges of Court of Appeals, Fourth App. Dist. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**92–2567.** State ex rel. Brown v. Franklin Cty. Court of Appeals. In Mandamus. On motion for summary judgment. Motion treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**93–8.** State v. Johnson. On petition to vacate or set aside sentence. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.
PFEIFER, J., dissents.

## MOTION DOCKET

**92–989.** State ex rel. Celebrezze v. Natl. Lime & Stone Co. *Wyandot County,* No. 16–91–7. On motion to strike. Motion denied.

A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., dissent.

**92–1102.** Pleasant City v. Ohio Div. of Reclamation. *Guernsey County,* No. 91–CA–09. On motion for leave to exceed page limit in appellee's brief. Motion denied.

DOUGLAS AND PFEIFER, JJ., dissent.

**92–1270.** State ex rel. Thomas v. Jakeway. In Mandamus. On request for oral argument. Request denied.

**92–1403.** AT & T Technologies, Inc. v. Indus. Comm. *Franklin County,* No. 91AP–1434. On motion to strike. Motion denied.

MOYER, C.J., and F.E. SWEENEY, J., dissent.

**93–35.** Gallo Displays, Inc. v. Cleveland Pub. Power. *Cuyahoga County,* No. 61876. On motion to dismiss. Motion denied.

F.E. SWEENEY, J., dissents.

**93–47.** State ex rel. Cuyahoga Cty. Democratic Party Exec. Commt. v. Taft. In Mandamus. On request for alternative writ. Request granted.

**93–55.** State v. Morgan. *Lorain County,* Nos. 89CA004670 and 89CA004672. On motion for leave to file delayed appeal. Motion denied.